UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABC,

                    Plaintiff(s)

      -against-

DEF,

                    Defendant(s).
------------------------------------------------------------X

25 mc 100 (JGK)

~~UNDER SEAL~~ 26K
4/7/25

## ORDER

The Clerk is directed to close this case.

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 4, 2025